448 A.2d 1182

Commonwealth v. Belgrave, Appellant.

Submitted February 18, 1981.   Brian S. Quinn, for appellant; Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., MONTEMURO and VAN der VOORT, JJ.

The order of the lower court is affirmed.

448 A.2d 1182

Commonwealth v. Bertrand, Appellant.

Petition for Allowance of Appeal Denied Nov. 29, 1982.

Submitted December 5, 1980.   Clarence D. Bell, Jr., for appellant; Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and POPOVICH, JJ.

Judgment of sentence affirmed.